```
 1 │ THE WATKINS FIRM, APC
   │ MARK S. BAGULA [SBN 171141]
 2 │ MICHAEL L. REEDY [SBN 209653]
   │ BYRON G. DANELL, ESQ., [SBN 225183]
 3 │ 4520 Executive Drive
   │ San Diego, CA 92121
 4 │ (858) 535-1511
   │ (858) 535-1581 [Facsimile]
 5 │
   │ Attorneys for Defendants
 6 │
 7 │                 UNITED STATES DISTRICT COURT
 8 │                NORTHERN DISTRICT OF CALIFORNIA
 9 │ HEALTHSOUTH CORPORATION, a Delaware)  CASE NO: IC 06 1911 CRB
   │ Corporation; ENDOSCOPY CENTER       )
10 │ AFFILIATES, INC., a Delaware corporation, )
11 │                                          )
   │              Plaintiffs,                 )  JOINT STIPULATION REGARDING
12 │ vs.                                      )  RESPONSIVE PLEADING
13 │ MID-PENINSULA ENDOSCOPY ASSOCIATES,)
   │ INC., a California corporation; MID-PENINSULA)       VIA FAX
14 │ ENDOSCOPY CENTER, a California Partnership;)
   │ SAN MATEO ENDOSCOPY CENTER, a)
15 │ California limited partnership; MICHAEL)
   │ MAINARDI; MICHAEL D. BENDER; EDWARD)
16 │ ONUMA; ERNEST RIBERA; MARK E.)
   │ ROSENBERG; KENNETH T. ROOST; MARNA)
17 │ SKAAR; CHARLES R. ZIPKIN,                )
18 │              Defendants.                 )
```

Received APR 12 2006 11:10 — RICHARD W. WIEKING, CLERK U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Filed APR 13 2006 — RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

1 | WHEREAS, Plaintiffs Healthsouth Corporation and Endoscopy Center Affiliates, Inc. have
2 | filed a Complaint For Damages And Other Relief in this Court on March 13, 2006, alleging claims
3 | against Defendants Mid-peninsula Endoscopy Associates, Inc., Mid-peninsula Endoscopy Center,
4 | San Mateo Endoscopy Center, Michael Mainardi, Michael D. Bender, Edward Onuma, Ernest
5 | Ribera, Mark E. Rosenberg, Kenneth T. Roost, Marna Skaar, and Charles R. Zipkin;

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned Parties, through their undersigned counsel, that: Defendants' responsive pleading shall be due no later than April 21, 2006.

THE WATKINS FIRM, APC

Dated: April 6, 2006

_____
Michael L. Reedy, Esq.
Attorney for Defendants

**VIA FAX**

WALLER LANSDEN DORTCH & DAVIS, LLP

Dated: April 7, 2006

_____
Steven A. Browne, Esq.
Attorney for Plaintiffs

IT IS SO ORDERED this ___th day of April, 2006.

_____
UNITED STATES DISTRICT JUDGE
Charles R. Breyer

---

*STIPULATION REGARDING RESPONSIVE PLEADING DUE DATE*
HealthSouth Corporation, et al., v. Mid-Peninsula Endoscopy Associates, Inc., et al.
2