IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALTHSOUTH CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>MID-PENINSULA ENDOSCOPY, et al.,<br><br>    Defendants.<br>_____/ | No. C 06-01911 CRB<br><br>**BRIEFING ORDER** |

    Now pending before the Court is defendants' motion to dismiss for lack of subject matter and/or failure to state a claim.  The hearing is noticed for June 9, 2006.  Notwithstanding the hearing date, plaintiff shall file its opposition to the motion on or before May 12, 2006 and defendants shall file their reply on or before May 19, 2006.

    **IT IS SO ORDERED.**

Dated: April 24, 2006

                                               CHARLES R. BREYER<br>                                             UNITED STATES DISTRICT JUDGE